In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to West 212th Street, from Kingsbridge Road to the Harlem River in the Borough of Manhattan.

CITY INVESTING COMPANY, Appellant; HAMILTON ODELL et al., as Executors of WILLIAM B. ISHAM, Deceased, Respondents.

*Matter of City of New York (West 212th Street)*, 144 App. Div. 893, affirmed.

(Argued January 9, 1912; decided January 23, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1911, which affirmed an order of Special Term directing the comptroller of the city of New York to pay an award made in the above-entitled proceeding to the executors of William B. Isham, deceased.

*Merle I. St. John* for appellant.

*Henry de Forest Baldwin* and *Allan B. A. Bradley* for Hamilton Odell et al., as executors, respondents.

*Archibald R. Watson, Corporation Counsel (Joel J. Squier* and *John J. Kearney* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.